[No. 6232–5–III. Division Three. July 2, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v.
RUBEN RUIZ, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 6267, Charles W. Cone, J., entered December 12, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 6189–2–III. Division Three. July 2, 1985.]

FREYA BURGSTALLER, *Respondent,* v. THOMAS PARKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–2–01256–1, Howard Hettinger, J., entered November 8, 1983. *Reversed* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 14099–0–I. Division One. July 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICIA ANN ERLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00982–7, Nancy A. Holman, J., entered November 28, 1983. *Reversed* and *remanded* by unpublished opinion per Corbett, C.J., concurred in by Swanson and Webster, JJ.